# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2026-2246

_____

JOHN W. LICCIONE,

Petitioner,

v.

EQUAL GROUND EDUCATION
FUND, INC., MARCOS VILAR,
BRANDON NELSON, LISA BARIKA,
KISHA LINEBAUGH, ROCHELLE
REBACK, ELIZABETH WELLS,
SUSAN WILSON, ANDREA DAVNIE
HILL, EMMA KURTZ, LYNNELLE
MAYS, STEVEN LICARI, ANNE
BLANFORD, SHARON LASCOLA,
JANET WECHTER, MARIE KERRY,
LINDA ROSENTHAL, DANIELLA
PIERRE, PHILIP FORTMAN,
VONDA THOMPSON-WYNN, GINO
VACCARI, EMMA JANE RUBINI,
SHELBY MCGUIRE-SMITH, MARK
TABER, SAIGE WISBY, COMMON
CAUSE, LEAGUE OF WOMEN
VOTERS OF FLORIDA, INC.,
LEAGUE OF UNITED LATIN
AMERICAN CITIZENS, CORD
BYRD, THE FLORIDA SENATE,
THE FLORIDA HOUSE OF
REPRESENTATIVES, RON
DESANTIS, JAMES UTHMEIER,
DANIEL PEREZ, BEN ALBRITTON,
KATHLEEN PASSIDOMO, MIKE
REDONDO, DON GAETZ, JENNA

PERSONS-MULICKA, JULIE
MARCUS,

    Respondents.

_____

Petition for Writ of Prohibition—Original Proceedings.

August 3, 2026

PER CURIAM.

    DISMISSED.

KELSEY, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

John W. Liccione, pro se, Petitioner.

No appearance for Respondents.